**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joshua Luis Figueroa-Dicupe<br>aka Joshua L. Dicupe<br><br>Debtor | CHAPTER 13<br><br>BKY. NO. 19-14905 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

      Respectfully submitted,
**/s/ Kevin G. McDonald, Esq.**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322