```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                              Case No. 19-14905-amc
Joshua Luis Figueroa-Dicupe                                         Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2           User: Lisa              Page 1 of 2              Date Rcvd: Aug 29, 2019
                               Form ID: 309I           Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2019.
db             +Joshua Luis Figueroa-Dicupe,    6639 Erdrick Street,    Philadelphia, PA 19135-2601
ust            +United States Trustee,    Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,
                 Philadelphia, PA 19106-2908
14368341       +Boston Bever Klinge Cross & Chidester,    27 North Eighth Street,    Richmond, IN 47374-3028
14368345       +Corrine N. Kandris,   832 N.W. B Street,    Richmond, IN 47374-4062
14368338       +David B. Spitofsky, Esquire,    Law Office of David B. Spitofsky,    516 Swede Street,
                 Norristown, PA 19401-4807
14368347       +Duke Energy,   P.O. Box 1489,    Winterville, NC 28590-1489
14368350       +KML Law Group, P.C.,   Suite 5000 Mellon Indep. Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538
14368352       +Midland Funding LLC,   320 East Big Beaver Road,    Troy, MI 48083-1271
14368353       +New York City Department of Finance,    59 Maiden Lane,    19th Floor,    New York, NY 10038-4502
14368360       +PNC Bank,   P.O. Box 535230,    Pittsburgh, PA 15253-5230
14368358       +Philadelphia Federal Credit Union,    12800 Townsend Road,    Philadelphia, PA 19154-1095
14368359       +Philadelphia Gas Works,   800 W. Montgomery Avenue,    Philadelphia, PA 19122-2898
14368361       +QVC,   P.O. Box 2254,   West Chester, PA 19380-0153
14368362       +Six Flags,   230 Park Avenue, 16th Floor,    New York, NY 10169-0005
14368364       +Trapp Law LLC,   7007 Graham Road,    Suite 108,   Indianapolis, IN 46220-4072
14368367       +Wayne County Child Support Division,    301 E. Main Street,    Richmond, IN 47374-4253

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: spitofskybk@verizon.net Aug 30 2019 03:17:00     DAVID B. SPITOFSKY,
                 Law Office of David B. Spitofsky,   516 Swede Street,    Norristown, PA    19401
tr             +E-mail/Text: bncnotice@ph13trustee.com Aug 30 2019 03:18:24     WILLIAM C. MILLER, Esq.,
                 Chapter 13 Trustee,   P.O. Box 1229,    Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Aug 30 2019 03:18:01     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 30 2019 03:17:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 30 2019 03:17:51     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14368342        EDI: CAPITALONE.COM Aug 30 2019 07:13:00     Capital One Bank USA, N.A.,    P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
14368343        EDI: COMCASTCBLCENT Aug 30 2019 07:13:00     Comcast Cable,    P.O. Box 3005,
                 Southeastern, PA 19398-3005
14368344        EDI: WFNNB.COM Aug 30 2019 07:13:00     Comenity Bank,    P.O. Box 182789,
                 Columbus, OH 43218-2789
14368346       +EDI: CCS.COM Aug 30 2019 07:13:00     Credit Collection Sevices,    P.O. Box 607,
                 Norwood, MA 02062-0607
14368348       +E-mail/Text: bknotice@ercbpo.com Aug 30 2019 03:17:45     Enhanced Recovery Corporation,
                 P.O. Box 57547,   Jacksonville, FL 32241-7547
14368340       +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 30 2019 03:17:42     Frederic J. Baker, Esquire,
                 Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
14368349        EDI: IRS.COM Aug 30 2019 07:13:00     Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
14368351       +E-mail/Text: bankruptcy@philapark.org Aug 30 2019 03:18:20     LDC Collection Systems,
                 P.O. Box 41819,   Philadelphia, PA 19101-1819
14376417       +EDI: MID8.COM Aug 30 2019 07:13:00     Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
14368354        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 30 2019 03:17:28     PA Department of Revenue,
                 Commonwealth of Pennsylvania,    Bankruptcy Div., Dept. 280946,    Harrisburg, PA 17128-0496
14368355       +E-mail/Text: bankruptcygroup@peco-energy.com Aug 30 2019 03:17:16     PECO Energy Company,
                 N3-2, Accounts Receivable Grp,    2301 Market Street,   Philadelphia, PA 19103-1338
14368357       +E-mail/Text: blegal@phfa.org Aug 30 2019 03:17:43     Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14368363        E-mail/Text: bmg.bankruptcy@centurylink.com Aug 30 2019 03:17:46     Sprint,    P.O. Box 6419,
                 Carol Stream, IL 60197-6419
14368365       +EDI: VERIZONCOMB.COM Aug 30 2019 07:13:00     Verizon Pennsylvania,    500 Technology Drive,
                 Weldon Springs, MO 63304-2225
14368366       +E-mail/Text: megan.harper@phila.gov Aug 30 2019 03:18:00     Water Revenue Bureau,
                 1401 John F. Kennedy Boulevard,    5th Floor,   Philadelphia, PA 19102-1663
                                                                                             TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14368339*      +Joshua Luis Figueroa-Dicupe,    6639 Erdrick Street,   Philadelphia, PA 19135-2601
14368356      ##+Penn Credit Corporation,   916 S. 14th Street,    Harrisburg, PA 17104-3425
                                                                                             TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2         User: Lisa              Page 2 of 2            Date Rcvd: Aug 29, 2019
                             Form ID: 309I           Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2019 at the address(es) listed below:
```
              DAVID B. SPITOFSKY    on behalf of Debtor Joshua Luis Figueroa-Dicupe spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                         TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Joshua Luis Figueroa–Dicupe** | Social Security number or ITIN   xxx–xx–8988 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter   **13**   **8/3/19** |
| Case number: | **19–14905–amc** | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                                                12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Joshua Luis Figueroa–Dicupe | |
| 2. | **All other names used in the last 8 years** | aka Joshua L. Dicupe | |
| 3. | **Address** | 6639 Erdrick Street<br>Philadelphia, PA 19135 | |
| 4. | **Debtor's attorney**<br>Name and address | DAVID B. SPITOFSKY<br>Law Office of David B. Spitofsky<br>516 Swede Street<br>Norristown, PA 19401 | Contact phone (610) 272–4555<br><br>Email: spitofskybk@verizon.net |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br><br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 8/29/19 |

**For more information, see page 2**

Official Form 309I                                      **Notice of Chapter 13 Bankruptcy Case**                                      page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 9, 2019 at 9:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Suite 18–341, 1234 Market Street,**<br>**Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/8/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/12/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/30/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $806.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**10/29/19** at **10:00 AM** , Location: **Courtroom #4, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |