# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-14905-AMC

JOSHUA LUIS FIGUEROA-DICUPE

6639 ERDRICK STREET

PHILADELPHIA, PA 19135-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JOSHUA LUIS FIGUEROA-DICUPE

6639 ERDRICK STREET

PHILADELPHIA, PA 19135-

Counsel for debtor(s), by electronic notice only.

DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-

Date: 1/2/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee