United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 19-14905-amc
Joshua Luis Figueroa-Dicupe                                    Chapter 13
           Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi           Page 1 of 2            Date Rcvd: Feb 04, 2020
                             Form ID: pdf900        Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2020.
```
db             +Joshua Luis Figueroa-Dicupe,   6639 Erdrick Street,   Philadelphia, PA 19135-2601
14368341       +Boston Bever Klinge Cross & Chidester,   27 North Eighth Street,   Richmond, IN 47374-3028
14368345       +Corrine N. Kandris,   832 N.W. B Street,   Richmond, IN 47374-4062
14368338       +David B. Spitofsky, Esquire,   Law Office of David B. Spitofsky,   516 Swede Street,
                 Norristown, PA 19401-4807
14368347       +Duke Energy,   P.O. Box 1489,   Winterville, NC 28590-1489
14368350       +KML Law Group, P.C.,   Suite 5000 Mellon Indep. Ctr.,   701 Market Street,
                 Philadelphia, PA 19106-1538
14368352       +Midland Funding LLC,   320 East Big Beaver Road,   Troy, MI 48083-1271
14368353       +New York City Department of Finance,   59 Maiden Lane,   19th Floor,   New York, NY 10038-4502
14368360       +PNC Bank,   P.O. Box 535230,   Pittsburgh, PA 15253-5230
14376591       +Pennsylvania Housing Finance Agy.,   c/o Kevin G. McDonald, Esquire,   KML Law Group, P.C.,
                 701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14368358       +Philadelphia Federal Credit Union,   12800 Townsend Road,   Philadelphia, PA 19154-1095
14368359       +Philadelphia Gas Works,   800 W. Montgomery Avenue,   Philadelphia, PA 19122-2898
14368361       +QVC,   P.O. Box 2254,   West Chester, PA 19380-0153
14368362       +Six Flags,   230 Park Avenue, 16th Floor,   New York, NY 10169-0005
14368364       +Trapp Law LLC,   7007 Graham Road,   Suite 108,   Indianapolis, IN 46220-4672
14368367       +Wayne County Child Support Division,   301 E. Main Street,   Richmond, IN 47374-4253
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Feb 05 2020 02:57:09     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 05 2020 02:56:55
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 05 2020 02:57:03     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14368342        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 05 2020 02:55:13
                 Capital One Bank USA, N.A.,   P.O. Box 30281,   Salt Lake City, UT 84130-0281
14368343        E-mail/Text: documentfiling@lciinc.com Feb 05 2020 02:56:44     Comcast Cable,   P.O. Box 3005,
                 Southeastern, PA 19398-3005
14368344        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 05 2020 02:56:50     Comenity Bank,
                 P.O. Box 182789,   Columbus, OH 43218-2789
14368346       +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 05 2020 02:57:15
                 Credit Collection Sevices,   P.O. Box 607,   Norwood, MA 02062-0607
14368348       +E-mail/Text: bknotice@ercbpo.com Feb 05 2020 02:57:00     Enhanced Recovery Corporation,
                 P.O. Box 57547,   Jacksonville, FL 32241-7547
14368340       +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Feb 05 2020 02:56:59     Frederic J. Baker, Esquire,
                 Office of U.S. Trustee,   833 Chestnut Street, Suite 500,   Philadelphia, PA 19107-4405
14368349        E-mail/Text: cio.bncmail@irs.gov Feb 05 2020 02:56:48     Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
14386098        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 05 2020 02:57:02     Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
14368351       +E-mail/Text: bankruptcy@philapark.org Feb 05 2020 02:57:14     LDC Collection Systems,
                 P.O. Box 41819,   Philadelphia, PA 19101-1819
14376417       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 05 2020 02:56:59     Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
14368354        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 05 2020 02:56:55     PA Department of Revenue,
                 Commonwealth of Pennsylvania,   Bankruptcy Div., Dept. 280946,   Harrisburg, PA 17128-0496
14368355       +E-mail/Text: bankruptcygroup@peco-energy.com Feb 05 2020 02:56:49     PECO Energy Company,
                 N3-2, Accounts Receivable Grp,   2301 Market Street,   Philadelphia, PA 19103-1338
14368357       +E-mail/Text: blegal@phfa.org Feb 05 2020 02:57:00     Pennsylvania Housing Finance Agency,
                 211 North Front Street,   Harrisburg, PA 17101-1406
14368363        E-mail/Text: bmg.bankruptcy@centurylink.com Feb 05 2020 02:57:01     Sprint,   P.O. Box 6419,
                 Carol Stream, IL 60197-6419
14387913        E-mail/Text: appebnmailbox@sprint.com Feb 05 2020 02:56:58     Sprint Corp.,   Attn: Bankruptcy,
                 P.O. Box 7949,   Overland Park, KS 66207-0949
14368365       +E-mail/Text: vfmelectronicbankruptcynotifications@verizonwireless.com Feb 05 2020 02:56:43
                 Verizon Pennsylvania,   500 Technology Drive,   Weldon Springs, MO 63304-2225
14368366       +E-mail/Text: megan.harper@phila.gov Feb 05 2020 02:57:09     Water Revenue Bureau,
                 1401 John F. Kennedy Boulevard,   5th Floor,   Philadelphia, PA 19102-1663
14433230       +E-mail/Text: megan.harper@phila.gov Feb 05 2020 02:57:10     Water Revenue Bureau,
                 c/o City of Philadelphia Law Department,   Tax & Revenue Unit,   Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,   Philadelphia, PA 19102-1613
                                                                                    TOTAL: 21
```

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0313-2           User: Randi              Page 2 of 2           Date Rcvd: Feb 04, 2020
                               Form ID: pdf900          Total Noticed: 37

14368339*      +Joshua Luis Figueroa-Dicupe,   6639 Erdrick Street,   Philadelphia, PA 19135-2601
14387586*      +Pennsylvania Housing Finance Agency,   211 North Front Street,   Harrisburg, PA 17101-1406
14368356     ##+Penn Credit Corporation,   916 S. 14th Street,   Harrisburg, PA 17104-3425
                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2020                              Signature:   /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2020 at the address(es) listed below:
              DAVID B. SPITOFSKY   on behalf of Debtor Joshua Luis Figueroa-Dicupe spitofskybk@verizon.net,
              spitofskylaw@verizon.net
              KEVIN G. MCDONALD   on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
              bkgroup@kmllawgroup.com
              LEON P. HALLER   on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
              dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ   on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
              bkgroup@kmllawgroup.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                    TOTAL: 6

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                  :        **CHAPTER 13**
                                        :
**JOSHUA LUIS FIGUEROA-DICUPE**          :
                                        :
**DEBTOR**                               :        **NO. 19-14905 (AMC)**

<u>**ORDER**</u>

      Upon consideration of the Application for Compensation and Reimbursement of Expenses for David B. Spitofsky, Esquire, counsel for Debtor (the "Application"), and upon Counsel for Debtor's request to retain jurisdiction at the Motion to Dismiss hearing on February 4, 2020, IT IS ORDERED THAT:

      1.     The case is dismissed.

      2.     Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtor or any other entity pending further order of this court.

      3.     A hearing shall be held on <u>March 3</u>, 2020, at <u>11:00 a.m.</u> in Bankruptcy Courtroom No. 4, U.S. Courthouse, 900 Market Street, Philadelphia, PA to consider the Application.

      4.     Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

      5.     Counsel for Debtor shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before <u>February 24, 2020</u>.

Date:  **February 4, 2020**      _____

                              Honorable Ashely M. Chan
                              United States Bankruptcy Judge

cc:    David B. Spitofsky, Esquire
       516 Swede Street
       Norristown, PA 19401

       Joshua Luis Figueroa-Dicupe
       6639 Erdrick Street
       Philadelphia, PA 19135

       William C. Miller, Esquire
       Chapter 13 Standing Trustee
       P.O. Box 1229
       Philadelphia, PA 19105