## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | **:** | **CHAPTER 13** |
| | **:** | |
| **JOSHUA LUIS FIGUEROA-DICUPE** | **:** | |
| | **:** | |
| **DEBTOR** | **:** | **NO. 19-14905 (AMC)** |

### CERTIFICATE OF NO RESPONSE

    I, David B. Spitofsky, Esquire, hereby certify that as of this date, February 28, 2020, in accordance with paragraph 4 of this Court's February 4, 2020 Order, no other party has asserted an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b).

February 28, 2020

/s/ David B. Spitofsky
David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401
Phone No. (610) 272-4555
Fax No. (610) 272-2961
Email: spitofskylaw@verizon.net